IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


LINDA WILLIAMS,                                    09-CV-786-AC

                     Plaintiff,                    ORDER

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                     Defendant.



KAREN STOLZBERG
11830 S.W. Kerr Parkway, #315
Lake Oswego, OR 97035
(503) 251-0707

          Attorney for Plaintiff

DWIGHT C. HOLTON
United States Attorney
ADRIAN L. BROWN
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1053


1  - ORDER

**DAVID MORADO**
Regional Chief Counsel
**DAVID J. BURDETT**
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900, M/S 901
Seattle, WA  98104
(206) 615-2522

      Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#20) on February 7, 2011, in which he recommends this Court affirm the decision of the Commissioner and dismiss this matter.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *United States v.* Reyna-*Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

CONCLUSION

    The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#20).  Accordingly, the Court **AFFIRMS** the

2  - ORDER

Commissioner's decision and **DISMISSES** this matter.

      IT IS SO ORDERED.

      DATED this 25th day of February, 2011.

                       /s/ Anna J. Brown

                   _____
                   ANNA J. BROWN
                   United States District Judge

3  - ORDER