IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**LINDA WILLIAMS,**                                                   09-CV-786-AC

       **Plaintiff,**                                            JUDGMENT

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

       **Defendant.**

   Based on the Court's Opinion and Order (# 23 ) issued February 25, 2011, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

   DATED this 25th day of February, 2011.

                                            /s/ Anna J. Brown
                                            _____
                                            ANNA J. BROWN
                                            United States District Judge

1 - JUDGMENT